# In the United States Court of Federal Claims

OFFICE OF SPECIAL MASTERS
No. 02-1714V
(Filed: May 21, 2014)
**NOT TO BE PUBLISHED**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \****
```
                                        *
RICHARD KERNS and KELLY KERNS,          *
Parents of, KK, a minor,                *
                                        *
                    Petitioners,        *
                                        *   Vaccine Act Interim Fees and Costs
            v.                          *
                                        *
SECRETARY OF HEALTH AND                 *
HUMAN SERVICES                          *
                                        *
                    Respondent.         *
                                        *
```
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

## DECISION (ATTORNEYS' FEES)

**HASTINGS,** *Special Master.*

In this case under the National Vaccine Injury Compensation Program (hereinafter "the Program"), petitioners seek, pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1), an award for attorneys' fees and other costs incurred in attempting to obtain Program compensation in this case.

## I

### ENTITLEMENT TO FEES AND COSTS GENERALLY

Pursuant to § 300aa-15(b) and (e)(1), the special master may make an award of attorneys' fees and costs even when, as in this case, the petitioners are not found to qualify for a substantive Program award, if the petition was filed in "good faith" and upon a "reasonable basis."

## II

### PROCEDURAL HISTORY

Petitioners filed the instant request for fees and costs on July 5, 2013. Respondent has not filed any documents opposing the request. On January 16, 2014, I filed a Decision granting the request. However, later that same day, petitioners' counsel left a telephone message at my office noting that my Decision did not address petitioners' request that I direct the payment of fees *solely to counsel*. I

interpreted this message as an oral Motion for Reconsideration of my Decision on fees, and I filed an Order withdrawing my Decision on January 17, 2014.

On May 20, 2014, I filed a decision determining that attorneys' fees and costs may be paid directly to counsel in appropriate circumstances. *Goodridge v. HHS*, No. 02-320V (2014). For the reasons stated in *Goodridge*, I find it appropriate in this case to award a check for attorneys' fees and other costs solely to petitioners' counsel. Further, respondent has *not* argued in this case against petitioners' request that I do so.

**III**

**AMOUNT OF THE AWARD**

The requested amount of $7,598 appears reasonable.

Accordingly, my decision is that fees and costs are to be awarded in the total amount of $7,598.

/s/ George L. Hastings, Jr.
George L. Hastings, Jr.
Special Master